IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES EDWARD DEMPSTER,

Defendant.

CR 22-03-BLG-SPW

ORDER

Pro se Defendant James Edward Dempster filed a Motion for Early Termination of Supervised Release. (Doc. 59). The Government subsequently indicated it has no objection to the Motion. (Doc. 62). Accordingly, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that Dempster's Motion (Doc. 59) is GRANTED. James Edward Dempster's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 1st day of October, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge